Prepared by State Reporter from Appeal Papers

broker and held by him until after the death of insured, but the premium was not paid. The Appellate Division held that the course of dealing as to previous payments and the delivery of the renewal certificate to the agent of insured kept the policy in force in the absence of notice of cancellation.

*Robert H. Charlton* and *John T. Loughran* for appellant.
*Morris P. Schaffer* and *Howard C. Lane* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: CRANE, J.

---

ENDICOTT JOHNSON CORPORATION, Appellant, *v.* ALEXANDER FOLDESY, Respondent.

*Appeal — motion for summary judgment granted — judgment not entered until after expiration of time to appeal from order granting motion — appeal may be taken from judgment.*

*Endicott Johnson Corp.* v. *Foldesy*, 223 App. Div. 716, affirmed.
(Submitted June 21, 1928; decided July 19, 1928.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 24, 1928, which reversed an order of Special Term denying a motion by defendant to compel the plaintiff to accept service of a notice of appeal and granted said motion. The following question was certified: " Where an order of the Supreme Court is entered granting a motion for summary judgment under rule 113 of the Rules of Civil Practice, and judgment is entered thereupon after the time in which to appeal from said order has expired without an appeal from said order having been taken, has a defendant then a right to appeal to the Appellate Division of the Supreme Court from said judgment? "

*Benjamin Lesser* and *William Lesser* for appellant.
*George Garfunkel* for respondent.

Order affirmed, with costs, and question certified answered in the affirmative; no opinion.

Concur: CARDOZO, Ch. J., POUND, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.   Not sitting: CRANE, J.

---

In the Matter of SAMUEL CHUGERMAN, Respondent. THE BROOKLYN BAR ASSOCIATION, Appellant.

*Appeal — attorneys — appeal, by permission, from order of Appellate Division granting application for reinstatement as attorney dismissed.*

*Matter of Chugerman,* 223 App. Div. 855, appeal dismissed.

(Argued June 21, 1928; decided July 19, 1928.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 8, 1928, which granted an application for reinstatement as an attorney and counselor at law. The following question was certified: " Did the Appellate Division of the Supreme Court of the State of New York possess the power to grant the motion for reinstatement to the bar, made by Samuel Chugerman, pursuant to notice of motion directed to the Brooklyn Bar Association and bearing date December 6, 1927? "

*Mortimer W. Byers* for appellant.

*William I. Siegel* for respondent.

Appeal dismissed, without costs, on the authority of *Matter of Dolphin* (240 N. Y. 89); no opinion.

Concur: CARDOZO, Ch. J., POUND, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.   Not sitting: CRANE, J.

---

ASSIR M. LEWINE, Respondent and Appellant, *v.* NATIONAL CITY BANK OF NEW YORK, Appellant and Respondent, Impleaded with Another.

(Submitted June 18, 1928; decided July 19, 1928.)

Motion for reargument granted; the reargument to be restricted to the single question whether there was error in excluding evidence of custom.   (See 248 N. Y. 365.)